Jason A. Close, Esq.
Nevada Bar No: 13674
CLOSE LAW GROUP
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Telephone: 702.983.4254
Facsimile: 702.924.4645
E-mail: jason@closelawgroup.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PAMELA CLAUS and VIRGINIA JOHNSON GRUVER, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,

*Defendant*.

Case No. 2:25-cv-00651-APG-EJY

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("Defendant"), certifies on Defendant's behalf that (i) no publicly held corporation owns 10% or more of Defendant's stock; (ii) Rely Home, Inc. is the parent company of Defendant and has a financial interest in the outcome of this case; and (iii) in addition to the named and disclosed parties, Defendant is not aware of any other entity or corporate affiliate or any persons that have a direct, pecuniary interest in the outcome of this case.

Dated: June 10, 2025

Respectfully submitted,

CLOSE LAW GROUP

By: */s/ Jason A. Close*
Jason A. Close, Esq. (NBN: 13674)
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on Tuesday, June 10, 2025, via the Court's CM/ECF filing service.

*/s/ Jason A. Close*
Jason A. Close, Esq.