Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cinmarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiffs,*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA CLAUS and VIRGINIA JOHNSON GRUVER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>　　　　　　　　Defendant. | Case No.:  2:25-cv-00651-APG-EJY<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

- 1 -
STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiff PAMELA CLAUS and VIRGINIA JOHNSON GRUVER ("Plaintiffs") and Defendant CHW GROUP, INC., d/b/a CHOICE HOME WARRANTY ("Defendant") (together, the "Parties"), by and through their respective attorneys of record, hereby submit this stipulation for dismissal of the above-captioned action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class, with the Parties to each bear their respective attorneys' fees and costs.

Dated: December 8, 2025

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Gustavo Ponce
Gustavo Ponce
Mona Amini
*Attorneys for Plaintiffs*

Dated: December 8, 2025

**CLOSE LAW GROUP**

By:  /s/ Jason A. Close
Jason A. Close, Esq.
*Attorney for Defendant*

IT IS SO ORDERED:

Dated: December 9, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE